David S. Gingras, #021097
**Gingras Law Office, PLLC**
3941 E. Chandler Blvd., #106-243
Phoenix, AZ 85048
Tel.: (480) 668-3623
Fax: (480) 248-3196
David@GingrasLaw.com

Attorney for Plaintiff Xcentric Ventures, LLC

# UNITED STATES DISTRICT COURT

## DISTRICT OF ARIZONA

| | |
|---|---|
| XCENTRIC VENTURES, LLC, an Arizona limited liability company,<br><br>　　　　　Plaintiff,<br><br>v.<br><br>LISA JEAN BORODKIN and JOHN DOE BORODKIN, husband and wife; RAYMOND MOBREZ and ILIANA LLANERAS, husband and wife; DANIEL BLACKERT and JANE DOE BLACKERT, husband and wife; ASIA ECONOMIC INSTITUTE, LLC, a California limited liability company; DOES 1-10, inclusive,<br><br>　　　　　Defendants. | Case No: _____<br><br>**CORPORATE DISCLOSURE STATEMENT** |

Plaintiff XCENTRIC VENTURES, LLC submits the following disclosures pursuant to Fed. R. Civ. P. 7.1(a): Xcentric Ventures states that its corporate parent is:

　　　　Creative Business Investment Concepts, Inc.
　　　　　　　2533 North Carson Street
　　　　　　　Carson City, NV 89706

No publicly-traded company holds any interest in Xcentric, and Creative Business Investment Concepts, Inc. is not publicly traded.

　　　DATED July 18, 2011.

　　　　　　　　　　　　　　　　　**GINGRAS LAW OFFICE, PLLC**

　　　　　　　　　　　　　　　　　/S/ David S. Gingras
　　　　　　　　　　　　　　　　　David S. Gingras
　　　　　　　　　　　　　　　　　Attorneys for Plaintiff