**WO**

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Xcentric Ventures, LLC,  Plaintiff, vs. Asia Economic Institute, LLC, et. al., Defendants. | No. CV-11-1426-PHX-GMS  **ORDER** |

On July 18, 2011, Plaintiff Xcentric Ventures, LLC, ("Xcentric") filed a complaint against Asia Economic Institute, LLC ("AEI") and numerous individuals. (Doc. 1). The complaint alleges that the Court has subject matter jurisdiction pursuant to 28 U.S.C. § 1332 because "there is complete diversity among the parties." (*Id*). Xcentric has filed a Corporate Disclosure Statement identifying its corporate parent as "Creative Business Investment Concepts, Inc.," a Nevada Corporation. (Doc. 2).

Plaintiff has stated that it is "an Arizona limited liability company," and that AEI is "a California limited liability [*sic*] with its principal place of business in Los Angeles, California." (Doc. 1 ¶¶ 3, 6). For the purposes of 28 U.S.C. § 1332, however, "an LLC is a citizen of every state of which its owners/members are citizens." *Johnson v. Columbia Props. Anchorage, LP,* 437 F.3d 894, 899 (9th Cir. 2006). Without considering the citizenship of every member of the two LLCs, it is not possible for this Court to determine whether the parties are completely diverse, and therefore whether it has subject matter jurisdiction over

this suit.

**IT IS THEREFORE ORDERED** that Xcentric Ventures, LLC, and Asia Economic Institute, LLC, each provide the Court with a list detailing the identity of its owners/members and the state of citizenship of each owner/member on or before **October 18, 2011**.

DATED this 4th day of October, 2011.

/s/ G. Murray Snow
G. Murray Snow
United States District Judge